# The Kantrow Law Group

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                            CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                *Paralegal*

April 4, 2025

VIA ECF ONLY
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201

Re:    In re Safdieh, Chapter 11, Case No. 25-40011-ess

Dear Judge Stong:

The undersigned is counsel to Lending Assets, LLC, a secured creditor and party in interest in this chapter 11 bankruptcy case. During the course of the hearing before the Court on April 3, 2025, I misrepresented to the Court that Lending Assets was holding a confession of judgment in escrow. That was an error on my part. In fact, Lending Assets domesticated its confession of judgment in the Supreme Court, Kings County, under Index No. 518241/2023. Accordingly, the judgment has now been recorded.

Regarding the amounts due and owing Lending Assets, the creditor reserves all of its rights in this chapter 11 bankruptcy case. Thank you.

                                                     Respectfully submitted,

                                                     <u>S/Fred S. Kantrow</u>
                                                     Fred S. Kantrow

Cc:    Robert Lewis, Esq. (via e-mail)