UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
In re:                                             Chapter 11

BARBARA SAFDIEH,                                   Case No.: 25-40011 (ESS)

                Debtor.
-----------------------------------x

## NOTICE OF SUBMISSION OF REVISED ORDER

PLEASE TAKE NOTICE the undersigned has today submitted the attached order for signature.

Dated: July 8, 2025

                              LAW OFFICES OF ISAAC NUTOVIC,
                                  Attorneys for Debtor

                              By:  s/Isaac Nutovic
                                  Isaac Nutovic, Esq.
                              261 Madison Ave, 26th Floor
                              New York, New York 10016
                              Tel: (917) 922-7963

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
In re:                                                                    Chapter 11

BARBARA SAFDIEH,                                            Case No.: 25-40011 (ESS)

                Debtor.
-----------------------------------x

## STIPULATION AND ORDER SUBSTITUTING ATTORNEYS

WHEREAS on January 2, 2025 Barbara Safdieh commenced this chapter 11 case,

WHEREAS the Law Offices of Robert S. Lewis, P.C. has appeared herein as counsel for Barbara Safdieh as debtor in possession,

WHEREAS on April 9, 2025, Lori Lapin Jones was appointed as the chapter 11 Trustee in this case,

WHEREAS the parties wish to effectuate a substitution of attorneys for Barbara Safdieh.

NOW THEREFORE IT IS STIPULATED AND AGREED as of July 3, 2025:

1. The Law Offices of Isaac Nutovic shall substitute for the Law Offices of Robert S. Lewis, P.C. as attorneys for Barbara Safdieh in this case, subject to this Court's approval

|  | Law Offices of Isaac Nutovic | Law Offices of Robert L. Lewis |
|---|---|---|
| /s/*Barbara Safdieh* | By: /s/Isaac Nutovic | By: /s/ Robert S. Lewis, P.C. |
| Barbara Safdieh | Isaac Nutovic | Robert L. Lewis |

SO ORDERED: