UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:                                                Chapter 11

BARBARA SAFDIEH,                                       Case No.: 25-40011 (ESS)

                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## <u>STIPULATION AND ORDER SUBSTITUTING ATTORNEYS</u>

WHEREAS, on January 2, 2025, Barbara Safdieh commenced this chapter 11 case, and

WHEREAS, the Law Offices of Robert S. Lewis, P.C. has appeared herein as counsel for

Barbara Safdieh as debtor in possession, and

WHEREAS, on April 9, 2025, Lori Lapin Jones was appointed as the chapter 11 Trustee

in this case, and

WHEREAS, the parties wish to effectuate a substitution of attorneys for Barbara Safdieh.

NOW THEREFORE IT IS STIPULATED AND AGREED as of July 3, 2025:

1.  The Law Offices of Isaac Nutovic shall substitute for the Law Offices of Robert S.

    Lewis, P.C., as attorneys for Barbara Safdieh in this case, subject to this Court's approval

                        Law Offices of Isaac Nutovic    Law Offices of Robert L. Lewis

/s/*Barbara Safdieh*            By:_/s/Isaac Nutovic___   By:_/s/ Robert S. Lewis, P.C.
Barbara Safdieh                    Isaac Nutovic               Robert L. Lewis

***It is*** so ordered:



Dated: Brooklyn, New York
       July 9, 2025
                                                    _____
                                                    **Elizabeth S. Stong**
                                                    **United States Bankruptcy Judge**