*LAW OFFICES OF ISAAC NUTOVIC*
261 Madison Avenue, 26th Floor
New York, New York 10016

*Attorneys for Barbara Safdieh*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                                   Chapter 11

      BARBARA SAFDIEH,                 Case No. 25-40011 (ESS)

                                 Debtor.
x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NUTOVIC DECLARATION

ISAAC NUTOVIC, declaring under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1.     I am a principal of the Law Offices of Isaac Nutovic (the "Firm") which maintains offices for the practice of law at 261 Madison Avenue, 26th Floor, New York, New York 10016.

2.     I make this declaration in support of the Firm's motion (the "Motion") to be relieved as counsel to Joseph Safdieh and Barbara Safdieh (the "Debtor"). The Firm has been retained by both individuals with Jospeh Safdieh directing the Firm on matters affecting both clients.

3.     The Firm seeks to withdraw principally because of (i) Mr. Safdieh's questioning of the Firm's integrity; (ii) substantial miscommunications between Mr. Safdieh and the Firm which resulted in the Firm inaccurately reporting Mr. Safdieh's agreement to terms of a stipulation read into the record on Monday August 4, 2025 (iii) Mr. Safdieh's failure to heed the Firm's advice (iv) Mr. Safdieh's questioning of opinions provided by the Firm based on his having received information from other attorneys (v) substantial disagreement with Mr. Safdieh

as to strategy and (vi) heated verbal exchanges between the Firm and Mr. Safdieh which makes it difficult for the Firm to properly communicate with him.

4. The Firm has not been unmindful of the impact its withdrawal might have on the Debtor's prospects in this case. However, as early as July 11 the Firm communicated with both clients in an attempt to remediate the difficulties which led to the Firm making this Motion. At this point, the Firm's continued interfacing with Mr. Safdieh will not effectively advance the clients' cause and accordingly the Firm seeks to be relieved as counsel.

5. At the current time, there are pending motions (the "Trustee's Motions") by the chapter 11 Trustee in this case to convert the case to chapter 7 and to sell the membership interests owned by the Debtor in a real estate owning limited liability company. An agreement to adjourn those motions was placed on the record on August 4, 2025, with the parties to submit a stipulation for signature by the Court. The Firm has been negotiating a stipulation with the Trustee to adjourn those motions which would leave the agreement reported on the record on August 4, 2025, largely intact. However, the parties are still negotiating some terms which were not put on the record.

6. Given the prior miscommunications between the Firm and its clients as to the terms of agreement put on the court record and the disruptive personal interactions between them, the Firm is not in a position to effectively complete negotiations of the stipulation or otherwise represent the clients.

                                                                   _____
                                                                             Isaac Nutovic