LAW OFFICES OF ISAAC NUTOVIC
261 Madison Avenue, 26th Floor
New York, New York 10016

*Attorneys for Barbara Safdieh*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:   Chapter 11

    BARBARA SAFDIEH,   Case No. 25-40011 (ESS)

                Debtor.

x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION OF ISAAC NUTOVIC PURSUANT TO L.B.R. 9077-1

ISAAC NUTOVIC, declaring under penalty of perjury pursuant to 28 U.S.C. §1746, states on this 20th day of August, 2025 as follows: I am the attorney for Barbara Safdieh, the "Debtor"). I make this declaration in support of the motion of the Law Offices of Isaac Nutovic (the "Firm") for an Order To Show Cause scheduling a hearing for August 27, 2025 to consider the Firm's motion (the "Motion") to be relieved as counsel to the Debtor and to stay proceedings in this case for 60 days to allow the Debtor to obtain replacement counsel. The facts underlying the Motion for Preliminary Injunction are set out in the declaration of Isaac Nutovic which is annexed to the Motion.

Grounds for Order to Show Cause

1.    The Debtor and the chapter 11 trustee in this case, Lori Lapin Jones (the "Trustee") , have been in negotiations regarding a stipulation to adjourn the Trustee's motions (i) to convert this case to chapter 7 and (ii) sell the Debtor's membership interests in a real estate owning entity, in consideration of the Debtor making a $200,000 deposit with the Trustee, providing a backup for a stalking horse contract and meeting deadlines to file a

1

plan and disclosure statement and provide evidence of financing for a confirmable plan. For reasons set forth in the declaration of Isaac Nutovic the Firm is unable to effectively represent the Debtor in this case and in these negotiations and seeks to be relieved as counsel. On behalf of the Debtor, the Firm also seeks a stay of the Trustee's motions in this case for 60 days. A status hearing is scheduled for August 27, 2025.

2. In order to minimize prejudice to other parties should the Firm be granted its Motion, the Firm seeks a hearing on the Motion on shortened notice.

3. A copy of a proposed Order To Show Cause is annexed.

s/*Isaac Nutovic*
Isaac Nutovic