To the honorable Elizabeth stong
Goodmorning and hope all is well
I have spoken to counsel in respect to yesterdays hearing and iam aware there will be another virtual hearing 3.30pm today which I will participate in with my wife the debtor
I want to clarify my position on matters that were of concern to the trustee Lori Lapin jones
Regarding the sale of a nj property 58 ocean ave llc
My nj attorney Jenee Cicarelli has been in commmnication with mrs jones
I want to reiterate the following
Iam prepared to payoff brooklyn miles jr note in full in exchange for a complete release of the lein that is on 109 jerome ave llc as well as myself in respect to that judgement meaning release of only the jr note
We need an accurate payoff letter
Iam prepared to pay the trustee Lori Lapin jones three hundred thousand dollars to settle any and all assertions or claims against the 58 ocean ave llc property
My lawyer Jenee has conveyed this to mrs jones
Incidentally lending assets was well aware of the 58 ocean ave llc since they made the loan on this asset in 2021
Also I have conveyed the offer in writing to brooklyn miles attorney
Nobody I repeat nobody had any ill intentions in respect to the debtors case in ny
Your honor the above definite settlements with both the trustee and brooklyn mile will be adhered to immediately
My attorney Jenee will work the legal details out with their attornies
I must close on the 58 ocean ave llc sale to keep my fiduciary obligation to the contract
I have sent this correspondence to your honor to alleviate any concerns that anyone has had
Thankyou
I kindly remain joseph safdieh