UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              Chapter 11

BARBARA SAFDIEH,                                    Case No.: 25-40011 (ESS)

                        Debtor.
---------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 1112(b) CONVERTING THE DEBTOR'S CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7

      Upon the motion dated May 29, 2025 ("Motion") [ECF No. 89] of Lori Lapin Jones, Esq., solely in her capacity as Chapter 11 Trustee ("Trustee") of the estate of Barbara Safdieh ("Debtor"), by her counsel, seeking entry of an Order converting the Debtor's case from Chapter 11 to Chapter 7 pursuant to section 1112(b) of Title 11 of the United States Code ("Bankruptcy Code") and granting such other, further, and different relief as this Court deems just and proper; and upon the Order Scheduling a Conference on Shortened Notice on the Trustee's Motion ("Scheduling Order") [ECF No. 91]; and upon the Affidavit of Service of the Scheduling Order and the Motion [ECF No. 93]; and upon the record of the conference on the Motion held before this Court on June 13, 2025 ("June 13 Hearing") ***at which the Debtor, the Trustee, HSBC Bank N.A. ("HSBC"), and the Office of the United States Trustee appeared and were heard***; and upon the Declaration of Robert S. Lewis, Esq. in opposition to the Motion ("Debtor Opposition") [ECF No. 112]; and upon the Affirmation in Support of the Motion filed behalf of Lending Assets LLC [ECF No. 113]; and upon the Trustee's Reply to the Debtor Opposition [ECF No. 120]; and upon the letter dated July 6, 2025 filed on behalf of the Debtor requesting an adjournment of the hearing on the Motion [ECF No. 122]; and upon the record of the conference on the Motion held before this Court on July 7, 2025 ("July 7 Hearing") ***at which the Debtor, the Trustee, HSBC, Lending Assets LLC ("Lending Assets"), and the Office of the United States***

*Trustee appeared and were heard*; and upon the letter dated July 11, 2025 filed on behalf of the Debtor regarding a proposed plan outline and requesting a further adjournment of the hearing on the Motion [ECF No. 131]; and upon the Trustee's objection to the Debtor's request for a second adjournment of the hearing on the Motion [ECF No. 132]; and upon the record of the conference on the Motion held before this Court on August 4, 2025 ("August 4 Hearing") *at which the Debtor, the Trustee, HSBC, and the Office of the United States Trustee appeared and were heard*; and upon the record of the conference on the Motion held before this Court on August 27, 2025 ("August 27 Hearing") *at which the Debtor, Joseph Safdieh, the Trustee, HSBC, Lending Assets, Olympic Tower Condominium, and the Office of the United States Trustee appeared and were heard*; and upon the record of the hearing on the Motion held before this Court on October 20, 2025 ("October 20 Hearing") *at which the Debtor, the Trustee, HSBC, Lending Assets, and Jacob Frydman appeared and were heard*; and upon the record of the hearing on the Motion held before this Court on October 21, 2025 ("October 21 Hearing") *at which the Debtor, Joseph Safdieh, the Trustee, HSBC, Lending Assets, and Jacob Frydman appeared and were heard*; and the Court having found based on, inter alia, the entire record in this case including the records of the June 13 Hearing, the July 7 Hearing, the August 4 Hearing, the August 27 Hearing and the October 20 Hearing, that the relief sought by the Trustee in the Motion is warranted; and after due deliberation thereon, and for the reasons stated *on the record* by the Court at the October 21 Hearing;

**THE COURT FINDS, *CONCLUDES,* AND DETERMINES THAT:**

    a.    There is cause *under Bankruptcy Code Section 1112(b)(4), including Sections 1112(b)(4)(A)-(K),* to convert the Debtor's case from Chapter 11 to Chapter 7 pursuant to section 1112(b)(1) of the Bankruptcy Code.

b. Conversion of the Debtor's case from Chapter 11 to Chapter 7 is in the best interests of the Debtor's estate and its creditors.

c. There are no unusual circumstances that would justify not converting the Debtor's case pursuant to section 1112(b) of the Bankruptcy Code.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED,** that <u>*based on the entire record, and for the reasons set forth on the record of the October 21 Hearing,*</u> the Debtor Opposition is overruled, and the Debtor's case is converted from Chapter 11 to Chapter 7 for cause pursuant to section 1112(b) of the Bankruptcy Code.



Dated: Brooklyn, New York
October 21, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge