CASE# 25-40011-ESS   1/8/26

From Barbara + Joseph Safdieh
2003 East 5th Street
Brooklyn N.Y. 11223

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
RECEIVED - BROOKLYN
JAN 09 2026 AM 10:17

TO: Honorable Judge Elizabeth S. Stong
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn Newyork 11201

To the Honorable Judge Stong:

We are responding to the 1/5/26 letter of the Kantrow law group.

① Fred Kantrows letter is completely out of line.

② On 12/16/25, The Honorable Judge Stong on the record, stated the following:

Turn over

②. We will now hear from Joseph SAFDIEH an interested party in these proceedings with standing

③ Is Mr. Kantrow questioning the Authority of a Federal Bankruptcy Judge.

④ Why is he taking such an Adverserial posture, because he represents a client who rejected any + every Fair Proposal Made.

⑤ Why can't the court provide wisdom in guiding the path to Finality. because, you + your client can't + wont accept reality + correctness.

⑥. You stand + rely on bogus claims, + now you are attempting to insult the integrity + validity of a Federal Bankruptcy Judge.

7) These people are determined to destroy the course of these procedures. ~~[scribbled out]~~

8) They are absolute bullies + conduct themselves with impunity.

9) The debtors actions are in order, with direct engagement with relevance to this case.

10) We live in a free country + these kind of people shouldn't be allowed to inhibit + quell a justified equation.

_____
Barbara Safdieh

_____
JOSEPH SAFDIEH